UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 30, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAWN LYNE DEDRICK, ) <br> ) <br> Defendant. ) | Case No. 2:14-MJ-00302-DAD-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DAWN LYNE DEDRICK</u>, Case No. <u>2:14-MJ-00302-DAD-2</u>, Charge <u>Title 18 U.S.C. § 3583</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   <u>All previously imposed conditions of supervised release remain in full force and effect.</u>

Issued at <u>Sacramento, CA</u> on <u>December 30, 2014</u> at <u>2:50</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge